```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

**JONATHAN S. BRYANT**                                                    **PLAINTIFF**

v.                             Civil No. 10-3069

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                      **DEFENDANT**


                               **O R D E R**

Now on this 17th day of October, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 9), to which no objections have been filed. The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 9) is hereby **adopted *in toto.***

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 9), the decision of the ALJ is hereby **REVERSED**.

**IT IS FURTHER ORDERED** that this case is hereby **REMANDED** to the Commissioner for further consideration pursuant to the Magistrate Judge's Report and Recommendation and sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                          /s/Jimm Larry Hendren
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**