```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

**JONATHAN S. BRYANT**                                              **PLAINTIFF**

**v.**                      **Civil No. 10-3069**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                 **DEFENDANT**


                          **O R D E R**

Now on this 30th day of April, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 14) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that **Plaintiff's Motion for Approval of Application for Attorney Fees Under the Equal Access to Justice Act** (Doc. 11) should be, and it hereby is, **granted**.

**IT IS FURTHER ORDERED** that Plaintiff should be awarded compensation under the EAJA for: 6.35 attorney hours at a rate of $155.00 per hour; 8.05 paralegal hours at a rate of $75.00 per hour; and $21.85 in postage expenses, for a total award of

$1,609.85. This award should be made payable to plaintiff, but may be mailed to plaintiff's counsel.

    **IT IS SO ORDERED.**

**/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**